# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

COPY

## No. 07-5117                    September Term, 2006

06cv00595

In re: Jonathan Steele,
　　　　　　Petitioner

FILED    Filed On:

JUN  1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED    MAY 2 9 2007

CLERK

**BEFORE**:    Ginsburg, Chief Judge, and Randolph and Garland, Circuit Judges

## O R D E R

Upon consideration of motion for leave to proceed in forma pauperis; and the petition for writ of mandamus, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted.  it is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. Petitioner has not shown a "clear and indisputable" right to mandamus relief. Gulfstream Aerospace Corp. v. Mayacamas Corp., 485 U.S. 271, 289 (1988). Petitioner seeks to compel the district court to act on his Rule 60(b) motion, allegedly filed on August 29, 2006.  At this time, neither the docket nor the case file for Civil Action No. 06-0595 reflects that a motion was filed under Federal Rule of Civil Procedure 60(b) on August 29, 2006, and there is no indication that the motion was ever received by the district court for filing.  Because it appears the district court has no record of the motion, no relief is warranted from this court, and the proper place for petitioner to pursue this claim would be in the district court.

The Clerk is directed to transmit a copy of the petition for mandamus, which contains a copy of petitioner's Rule 60(b) motion, to the district court.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**